UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE M. HUSSEY, | Civil No. 3:16-CV-05635 KLS |
| Plaintiff, | |
| vs. | ORDER ON REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) further develop the record, hold a *de novo* hearing, and issue a new decision; (2) further evaluate Plaintiff's impairments under listing 12.05C; (3) further evaluate and weigh the opinion evidence of record; (4) reevaluate Plaintiff's maximum residual functional capacity, and in so doing, reevaluate Plaintiff's symptoms in accordance with SSR 16-3p; and (5) if warranted, the ALJ will obtain supplemental vocational expert evidence.

Page 1     ORDER - [3:16-CV-05635]

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 11th day of October, 2016.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2240
Fax:  (206) 615-2531
kathryn.a.miller@ssa.gov